1  WRIGHT, FINLAY & ZAK, LLP
   Dana Jonathon Nitz, Esq.
2  Nevada Bar No. 0050
   E. Daniel Kidd, Esq.
3  Nevada Bar No. 10106
   7785 W. Sahara Avenue, Suite 200
4  Las Vegas, NV 89117
5  (702) 475-7964; Fax: (702) 946-1345
   dnitz@wrightlegal.net
6  dkidd@wrightlegal.net
7  *Attorneys for Plaintiff, Deutsche Bank National Trust Company as Trustee for New Century Home Equity Loan Trust, Series 2005-D, Asset Backed Pass-Through Certificates*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR NEW CENTURY HOME EQUITY LOAN TRUST, SERIES 2005-D, ASSET BACKED PASS-THROUGH CERTIFICATES,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>TIMBERLAKE STREET AND LANDSCAPE MAINTENANCE ASSOCIATION; and HAMPTON & HAMPTON COLLECTIONS, LLC,<br><br>　　　　　Defendants. | Case No.: 2:17-cv-02412-KJD-VCF<br><br>**STIPULATION AND ORDER REGARDING DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR NEW CENTURY HOME EQUITY LOAN TRUST, SERIES 2005-D, ASSET BACKED PASS-THROUGH CERTIFICATES' RESPONSE TO MOTION TO DISMISS COMPLAINT**<br><br>**[SECOND REQUEST]** |

Plaintiff DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR NEW CENTURY HOME EQUITY LOAN TRUST, SERIES 2005-D, ASSET BACKED PASS-THROUGH CERTIFICATES ("Deutsche Bank" or "Plaintiff"), by and through its counsel of record and Defendant TIMBERLAKE STREET AND LANDSCAPE MAINTENANCE ASSOCIATION ("Timberlake"), by and through their counsel of record, hereby stipulate and agree as follows:

1. Timberlake filed a Motion to Dismiss the Complaint on November 8, 2017. *See* [ECF No. 8];

2. Deutsche Bank's response to the Motion to Dismiss is due by December 1, 2017. *See* [ECF No. 12].

3. The Parties hereby stipulate and agree that the deadline for Deutsche Bank's response shall be extended to **December 11, 2017**; and

4. There is good cause to allow the extension in order to accommodate the schedule of counsel and the Parties have reached this agreement in good faith.

**IT IS SO STIPULATED.**

DATED this 30th day of November, 2017.            DATED this 30th day of November, 2017.

WRIGHT, FINLAY & ZAK, LLP                          PENGILLY LAW FIRM

*/s/ E. Daniel Kidd, Esq.*                         */s/ Elizabeth Lowell, Esq.*
Dana Jonathon Nitz, Esq.                           James W. Pengilly, Esq.
Nevada Bar No. 0050                                Nevada Bar No. 6085
E. Daniel Kidd, Esq.                               Elizabeth B. Lowell, Esq.
Nevada Bar No. 10106                               Nevada Bar No. 8551
7785 W. Sahara Ave., Suite 200                     Gianna Orlandi, Esq.
Las Vegas, Nevada 89117                            Nevada Bar No. 5087
*Attorneys for Plaintiff, Deutsche Bank*           1995 Village Center Cir., Suite 190
*National Trust Company as Trustee for New*        Las Vegas, NV 89134
*Century Home Equity Loan Trust, Series*           *Attorneys for Timberlake Street and*
*2005-D, Asset Backed Pass-Through*                *Landscape Maintenance Association*
*Certificates*

**ORDER**

Based on the foregoing Stipulation, and good cause appearing thereof, the Court hereby orders that Deutsche Bank's response to Timberlake's Motion to Dismiss Complaint is due **December 11, 2017**.

**IT IS SO ORDERED.**

Dated: 12/20/2017
nunc pro tunc

_____
**UNITED STATES DISTRICT JUDGE**